```
 1  DAVID W. LEVENE (SBN 59659)
 2  MONICA Y. KIM (SBN 180139)
    JULIET Y. OH (SBN 211414)
 3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
    1801 Avenue of the Stars, Suite 1120
 4  Los Angeles, California 90067
    Telephone:  (310) 229-1234
 5  Facsimile:  (310) 229-1244
 6
    Attorneys for Chapter 11 Debtor and
 7  Debtor in Possession
 8
 9                    UNITED STATES BANKRUPTCY COURT
10                    CENTRAL DISTRICT OF CALIFORNIA
11                           LOS ANGELES DIVISION
12
13  In re:                        )  CASE NO. LA 05-20259 BB
                                  )
14                                )  Chapter 11
                                  )
15  MERCURY   PLASTICS,   INC., a )  ORDER REGARDING MOTION BY DEBTOR
16  California corporation,       )  AND DEBTOR IN POSSESSION TO
                                  )  EXTEND TIME TO ASSUME OR REJECT
17                                )  NON-RESIDENTIAL REAL PROPERTY
                      Debtor.     )  LEASES
18                                )
                                  )  Date:   July 27, 2005
19                                )  Time:   10:00 a.m.
                                  )  Place:  Courtroom 1475
20                                )          255 E. Temple Street
                                  )          Los Angeles, CA
21                                )
                                  )
22                                )
23  _____
```

A hearing was held on July 27, 2005 at 10:00 a.m. before the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California, in Courtroom 1475 located at 255 East Temple Street, Los Angeles, California, to consider the motion (the "Motion") filed by Mercury Plastics, Inc., a California corporation, debtor and debtor in possession in the

above-referenced chapter 11 bankruptcy case (the "Debtor"), to extend the time within which the Debtor is required to assume or reject the following unexpired non-residential real property leases (collectively, the "Leases"):

(i) Lease with B.G. Properties, Inc. for the manufacturing and distribution facility located at 123 Williamette Lane, Bowling Green, Kentucky 42101;

(ii) Lease with Bonnie Brae Co. LLC for the commercial office and storage space located at 426 & 428 Salinas Street, Salinas, California 93902; and

(iii) Lease with Kendall Christensen, R. Bryan Beal, Jay Kohler and Larry Kohler for the commercial office space located at 518 North State Street, Shelley, Idaho 83274.

Appearances were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, the statements and representations of counsel at the hearing on the Motion, and all matters of record in the Debtor's chapter 11 case, proper notice of the Motion and the hearing on the Motion having been provided, having received no opposition to the Motion, and good cause appearing therefor, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is hereby granted, subject to the terms of this Order.

2. The time within which the Debtor is required to assume or reject the Leases is hereby extended for a period of ninety (90) days, from July 5, 2005 through and including October 3, 2005, without prejudice to the Debtor's right to seek further extensions of such period.

<u>IT IS SO ORDERED.</u>

Dated: __8/1__, 2005

_[signature]_

THE HONORABLE SHERI BLUEBOND,
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 1801 Avenue of the Stars, Suite 1120, Los Angeles, California 90067.

On July 28, 2005 I served the foregoing document(s) described as:

ORDER REGARDING MOTION BY DEBTOR AND DEBTOR IN POSSESSION TO EXTEND TIME TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES

On the interested parties in this action:

See attached

as follows:

__X__ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail at Los Angeles, California 90067 to those so delineated on the attached list.

_____ By Federal Express/Overnight Mail) I caused such envelope to be delivered by overnight mail (Federal Express, Overnite Express or Express Mail), for delivery in the a.m., next business morning to the offices of the addressee listed above.

Executed on July 28, 2005 at Los Angeles, California.

x__ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Marguerite Hardin*
Marguerite Hardin

In Re Mercury Plastics
Landlords
File No. 3729

Bonnie Brae Co. LLC
2141 Cienega Road
Hollister, CA 95023

Kendall Christensen, et al.
482 Constitution Way, Suite 313
Idaho Falls, ID 83402

B.G. Properties, Inc.
801 Houser Way North
Renton, WA 98055

In Re Mercury Plastics
Request for Special Notice
File No. 3729

U.S. Trustee (1)
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Mercury Plastics, Inc. (2)
14825 Salt Lake Avenue
City of Industry, CA 91746

Counsel for Creditors Committee
Jeffrey N. Pomerantz, Esq.
Jeffrey W. Dulberg, Esq.
Pachulski, Stang, Ziehl, Young, et al
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Counsel for Merrill Lynch (3)
M Eidelman/A Russo/V Price
222 North La Salle St.
Chicago, IL 60601

Counsel for Merrill Lynch Bus. Fin. Svcs.(4)
David Shemano, Esq./Howard J. Weg, Esq.
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Ste. 1450
Los Angeles, CA 90067

Al Chavez (5)
Phoenix Group
865 Manhattan Beach Blvd., Suite 204
Manhattan Beach, CA 90266

Stephen Bell (6)
Phoenix Group
865 Manhattan Beach Blvd., Suite 204
Manhattan Beach, CA 90266

Counsel for Advantage Polymers (32)
David M. Poitras, P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Eric S. Ziskind (34)
Advantage Polymers, Inc.
21 Highland Circle
Needham, MA 02494

Counsel for GE Capital Comm(35)
G Kennedy / G Valdez.
Procopio, Cory, Hargreaves & Savitch LLP
530 "B" Street, Suite 2100
San Diego, CA 92101

Counsel for Key Equipment Finance, Inc.
Richard S. Conn, Esq.
Musick, Peeler & Garrett LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017

Counsel for H. Muehlstein & Co., Inc.
Robyn B. Sokol, Esq.
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Counsel for Luben Rabchev
Marc J. Winthrop, Esq.
Winthrop Couchot Professional Corporation
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Counsel for Luben Rabchev
William D. Coffee, Esq.
Songstad & Randall LLP
2201 Dupont Drive, #100
Irvine, CA 92612

Counsel for Met Life
Craig A. Wolfe, Esq.
Sidley Austin Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Counsel for People's Capital
Ofer M. Grossman, Esq.
Glass & Goldberg
21700 Oxnard Street, Ste 430
Woodland Hills, CA 91367-3665

Alvin Lanfeld
Garner-Lanfeld Packaging
P. O. Box 341648
Los Angeles, Ca. 90034-1648

Committee Member
Stephen J Izzi/Eric S Ziskend
Advantage Polymers Inc
21 Highland Circle
Needham, MA 02494

Committee Member
Paula J Walter
Color Converting Industries
3535 SW 56th Street
Des Moines, IA 50321

Committee Member
Eastman Chemical Financial
c/o Lawrence E Rifken Esq
McGuire Woods
1750 Tysons Blvd., Ste 1800
McLean, VA 22102

Committee Member
Kenneth Ruszkowski
H Muehlstein & Co, Inc
800 Connecticut Ave
Norwalk, CT 06856

Committee Member
William E. Pajak
Sun Chemical
135 W Lake Street
Northlake, IL 60164

Committee Member
Maury Benson
Techmer PM
18420 Laurel Park Rd
Rancho Dominguez, CA 90220

Counsel for Steven Rheuban
Steven V. Rheuban, Esq.
c/o Solomon E. Gresen
1990 S. Bundy Dr., Ste. 540
Los Angeles, CA 90025

Debra L. Korduner, Esq.
1875 Century Park East
Suite 850
Los Angeles, CA 90067

CoCounsel for Westlake Polymers, LP
Soctt Ferrell, Esq.
Lisa A. Mathaisel, Esq.
Call, Jensen & Ferrell
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660

Co-Counsel for Westlake Polymers, LP
Mark S. Finkelstein, Esq.
Shannon, Martin, Finkelstein & Sayre
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

Counsel for Deutsch Family
Robert Yaspan, Esq./Judy Galido, Esq.
Law Offices of Yaspan & Thau
6931 Van Nuys Boulevard, 2nd Floor
Van Nuys, CA 91405

Counsel for Cathay Bank
Irwin M. Wittlin, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

Alfred Teo
Great Eastern Acquisitions, Inc.
P.O. Box 808
Lyndhurst, NJ 07071

Counsel for Great Eastern Acquisitions, Inc.
Barry F. Freeman P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308

Counsel to Daimlerchrysler Services NA LLC
Randall P. Mroczynski, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., Tenth Floor
Costa Mesa, CA 92626-1977

Counsel for Placer Sierra Bank
Steven L. Bergh, Esq.
Prenovost, Normandin, Bergh & Dawe
2122 North Broadway, Suite 200
Santa Ana, CA 92706-2614

Accountants for Debtor
Allen Suderman
McGladrey & Pullen
251 S. Lake Ave., Ste 300
Pasadena, CA 91101

Teri Stratton
Giuliani Capital Advisors
725 S. Figueroa St., Ste 431
Los Angeles, CA 90017

Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY

DAVID W. LEVENE (SBN 59695)
MONICA Y. KIM (SBN 180139)
JULLIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER & RANKIN L.L.P.
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
(310) 229-1234
*Attorney for: Debtor and Debtor in Possession*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:
MERCURY PLASTICS, INC.

                                   Debtor.

CHAPTER 11 CASE NUMBER
LA 05-20259 BB

## NOTICE OF ENTRY JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*: entered on *(specify date)*:

**AUG 0 2 2005**

ORDER REGARDING MOTION BY DEBTOR AND DEBTOR IN POSSESSION TO EXTEND TIME TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment of the persons and entities on the following parties on *(specify date)*:

**AUG 0 2 2005**

U.S. Trustee (1)
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Mercury Plastics, Inc. (2)
14825 Salt Lake Avenue
City of Industry, CA 91746

Counsel for Creditors Committee
Jeffrey N. Pomerantz, Esq.
Jeffrey W. Dulberg, Esq.
Pachulski, Stang, Ziehl, Young
10100 Santa Monica Blvd.,
11th Floor
Los Angeles, CA 90067

Monica Kim
Levene, Neale, Bender, Rankin & Brill
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067

Bonnie Brae Co. LLC
2141 Cienega Road
Hollister, CA 95023

Kendall Christensen, et al.
482 Constitution Way, Suite 313
Idaho Falls, ID 83402

B.G. Properties, Inc.
801 Houser Way North
Renton, WA 98055

**AUG 0 2 2005**

Dated:

JON D. CERETTO
Clerk of the Bankruptcy Court
by: _____
         Deputy Clerk

*This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California*